Harvey Cantrell

v

One Mian Finance

Case No 21-1766-SPM

I am filing a lawsuit against them in the amount of 7,[redacted] million for loan sharking, racketeering, deceit, and unfair marketing. I paid off all the interest on the loan of 14,000 dollars and then they turned around and now are charging me 8.1 interest on the remianig balance that is a double jeopardy they are charging me interest twice on the same loan. I can not under stand how they are doing this and no one has siad our or down anything about it and where is the people that look at the loan companies that are suppose to prevent this from happening I am sick of It and there corruption that seems to be a way of life in this crooked state and I am tired of them stilling my money.

Harvey Cantrell
12-29-2021

LOAN AGREEMENT AND DISCLOSURE STATEMENT **OneMain Financial.**

| DATE 04/25/19 | ACCOUNT NUMBER 678981 | TYPE OF LOAN (Alpha) E 01 | DATE FINANCE CHARGE BEGINS TO ACCRUE 04/26/19 |
|---|---|---|---|

| LENDER/SECURED PARTY NAME AND ADDRESS ("Lender") | BORROWER(S) NAME AND ADDRESS ("I","We") |
|---|---|
| ONEMAIN FINANCIAL GROUP, LLC<br>SUNRISE CENTER II<br>1334 CENTRAL PARK DR STE 4<br>O'FALLON, IL 62269-1784<br>618-624-7015 | HARVEY D CANTRELL<br>DENNIS H PEA<br>457 E BELLEVILLE ST<br>NASHVILLE, IL 62263-1881 |

I have carefully read this entire Loan Agreement And Disclosure Statement and all related documents which include the Optional Products Disclosure Summary, Truth In Lending Insurance Disclosure and, if applicable, Personal Property Appraisal Form and GAP Waiver Addendum, all of which collectively constitute the "Agreement." This Loan Agreement and Disclosure Statement is divided into four sections: **A. Truth In Lending Disclosures; B. Loan Terms And Conditions; C. Arbitration Agreement And Waiver Of Jury Trial and D. Entire Agreement/Notices/Signature.** If I had any questions, I asked them before I signed these documents. By signing, I indicate my agreement to the statements, promises, terms, and conditions contained in the Agreement.

### A. TRUTH IN LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of my credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost me. | AMOUNT FINANCED<br>The amount of credit provided to me or on my behalf. | TOTAL OF PAYMENTS<br>The amount I will have paid after I have made all payments as scheduled. |
|---|---|---|---|
| 35.98% | $ 14097.75 | $ 12025.46 | $ 26123.21 |

My Payment Schedule will be:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 1 | $ 493.61 | 06/01/19 |
| 59 | $ 434.40 | monthly beginning 07/01/19 |

LATE CHARGE: [X] If any payment is not paid in full within __10__ days after its due date, I will be charged __5.00__ % of the **entire** amount of the payment, but not more than $__N/A__ or less than $__N/A__.

If any payment is not paid in full within ____ days after its due date, I will be charged $_____ if the entire scheduled payment exceeds $_____ or $_____ if the entire scheduled payment is $_____ or less.

PREPAYMENT: If I pay off early: I may [X] I will not have to pay a penalty for prepaying all or part of a loan's principal balance.
I may [X] I will not get a refund or credit of part of the finance charge for a prepayment in full. I will not receive a refund or credit for a partial prepayment.

SECURITY: I am giving Lender a security interest in: [X] Unsecured   Motor Vehicles   Year   Make   Model   Vehicle Identification No.
Other Collateral

See the remainder of this Agreement for any additional information about nonpayment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties, if any.

### ITEMIZATION OF AMOUNT FINANCED

Amounts paid to others on my behalf
1. $ 1023.01   Joint Life Premium          Paid To LIFE INSURANCE COMPANY *
2. $NONE                                   Paid To
3. $NONE                                   Paid To
4. $NONE                                   Paid To
5. $NONE                                   Paid To
6. $NONE                                   Paid To
7. $NONE                                   Paid To
8. $NONE                                   Paid To
9. $NONE                                   Paid To
10. $NONE                                  Paid To
11. $ 1068.00   Paid To HARVEY CANTRELL AND CAPITAL ONE BANK USA N
12. $           Paid To                                      * Lender may retain a
13. $           Paid To                                        portion of these
14. $           Paid To                                        amounts.
15. $           Paid To
16. $           Paid To
17. $           Paid To
18. $           Paid To
19. $           Paid To
20. $           Paid To
21. $ 4047.95   Amount Paid on Prior Account with Lender

Amounts Paid to me
22. $ 986.50  ** Paid To ME                                  **For the purchase of the
23. $ 5000.00    Paid To HARVEY CANTRELL AND DENNIS PEA        non-credit insurance(s)
24. $            Paid To                                       or other product(s) I
25. $            Paid To                                       requested, or I may
26. $            Paid To                                       keep the funds.
27. $            Paid To
    $ 12025.46   Amount Financed (Sum of lines 1 - 27)
    $ 25.00      Prepaid Finance Charges (itemized below)

### PREPAID FINANCE CHARGES

1. $ 25.00   Document Preparation Fee       Paid To LENDER
2. $NONE                                    Paid To
3. $NONE                                    Paid To
4. $NONE                                    Paid To
5. $NONE                                    Paid To
6. $NONE                                    Paid To
7. $NONE                                    Paid To
8. $NONE                                    Paid To

**THIS AGREEMENT IS SUBJECT TO THE FEDERAL ARBITRATION ACT.**

By signing below, I acknowledge receipt of a copy of this Federal Disclosure Statement.

E-SIGNED by HARVEY CANTRELL
on 2019-04-25 10:41:13 CDT
_____
Borrower

E-SIGNED by DENNIS PEA
on 2019-04-25 10:54:03 CDT
_____
Co-Borrower

**SEE ADDITIONAL PAGES FOR IMPORTANT INFORMATION**



UXAAA1 (11-04-18) C.E. Agreement            Page 1

**B. LOAN TERMS AND CONDITIONS**

**DATE OF LOAN.** 04/26/19 (the date the Finance Charge is scheduled to begin to accrue).

**CONTRACT RATE.** _____ 35.97% per year, which is the agreed interest rate.

**PROMISE TO PAY.** For value received, I promise to pay to the order of the Lender all amounts due under this Agreement in accordance with the Payment Schedule set forth in the TRUTH IN LENDING DISCLOSURES, and with all other terms of this Agreement, at Lender's address set forth in this Agreement, unless otherwise notified, until paid in full.

**SECURITY INTEREST.** To secure all amounts due or which become due under this Agreement and my performance of all other terms of this Agreement, I hereby grant Lender a security interest under the Uniform Commercial Code or other applicable law in: (a) the property identified in the "Security" disclosure of the TRUTH IN LENDING DISCLOSURES, including a purchase money security interest if property is being purchased with the proceeds hereof; (b) any substitutions or replacements of that property; and (c) the proceeds and products of that property ((a), (b), and (c) collectively referred to as the "Collateral"). I also hereby grant Lender a security interest in any unearned premiums from any credit insurance I have elected and purchased through Lender in connection with this transaction and any Required Insurance which protects the Collateral. Lender's security interest shall remain in effect, and subject to any modifications, renewals, extensions, and future advances thereof, until I have paid in full all amounts due under this Agreement. Notwithstanding any other provision of this Agreement, Lender is not granted, and will not have, a non-purchase money security interest in household goods, to the extent such a security interest would be prohibited by applicable law. I authorize Lender to sign and file financing statements covering the Collateral without my signature. I authorize Lender to file a copy of this Agreement as a financing statement when appropriate.

**JOINT BORROWERS.** If more than one Borrower is named above, all Borrowers agree that we are jointly and severally liable and that Lender may enforce this Agreement against all or any of us, but not in a combined amount exceeding the amount due.

Each of us under this Agreement, if more than one, agrees that Lender may obtain approval from one Borrower to change the repayment terms and release any Collateral securing the loan, or add parties to or release parties from this agreement, without notice to any other Borrower and without releasing any other Borrower from his responsibilities. Except as otherwise required by law, Lender does not have to notify Borrower before instituting suit against another Borrower if the note is not paid, and Lender can sue any or all Borrowers upon the default by any Borrower.

**CO-MAKERS (also referred to as CO-SIGNER(S)).** If I am signing this Agreement as a Co-Maker, I understand that I am equally responsible with the Borrower(s). I agree that Lender may pursue me or any Co-Maker if this Agreement is in default. Unless required by law, Lender will not notify me if: (a) this loan is in default; (b) Lender agrees to accept different payment terms; (c) Lender releases any security interest; or (d) Lender releases any Borrower(s) or Co-Maker(s).

**AUTHORIZATION TO USE CREDIT REPORT.** By signing this Agreement, I authorize Lender to obtain, review and use information contained in my credit report in order to determine whether I may qualify for other products and services marketed by Lender. This authorization terminates when my outstanding balance due under this Agreement is paid in full. I may cancel such authorization at any time by writing the following: OneMain, P.O. Box 70911, Charlotte, NC 28272-0911. In order to process my request, Lender must be provided my full name, address, and account number.

**VOLUNTARY CREDIT INSURANCE.** As used in this Agreement, the term "credit insurance" includes credit life insurance, credit disability insurance, credit involuntary unemployment insurance, and credit property insurance. An affiliate of the Lender may provide the credit insurance that I voluntarily select. I acknowledge that Lender and/or its affiliates may profit from my purchase of voluntary credit insurance.

**REQUIRED INSURANCE.** I am required to maintain insurance in types, amounts, terms and deductible levels acceptable to Lender ("Required Insurance"). The Required Insurance must keep the Collateral insured against hazards for which Lender requires insurance. Such coverage includes, but is not limited to, loss by theft, vandalism, collision, fire, and any other risks of loss that would either impair Lender's interest in the Collateral or adversely affect the value of the Collateral. I have the option of providing the Required Insurance through an existing policy of insurance owned or controlled by me, or through a policy obtained and paid for by me. I may purchase this Required Insurance through any insurer, insurance agent, or broker of my choice that is acceptable to Lender. Lender may not decline to accept any insurance provided by me unless it is for reasonable cause. Examples of reasonable cause include, but are not limited to, the financial condition of the insurer and the amount or type of coverage chosen. My choice of insurer will not otherwise affect Lender's credit decision or my credit terms. The types, amounts, and deductible levels that Lender requires under this Agreement may change during the term of the Agreement. Required Insurance must: (a) include a lender's loss payable provision; (b) name Lender, its successors and/or assigns, as loss payee, (c) provide that such insurance will not be canceled or modified without at least fifteen (15) days prior written notice to the loss payee; and (d) not include any disclaimer of the insurer's liability for failure to give such notice. I shall promptly give to Lender satisfactory proof (in Lender's reasonable estimation) of all Required Insurance and all receipts of paid premiums and renewal notices. I agree to keep my Required Insurance in force until all amounts that I owe Lender under this Agreement or the security instrument are paid in full, my account is terminated, and Lender releases or discharges its security interest. In case of damage to or loss of the Collateral, I agree to give prompt notice to Lender and the insurance carrier. If I fail to promptly notify or make proof of loss to the insurance carrier, Lender may (but is not required to) do so on my behalf.

If I do not keep Required Insurance under this Agreement in force at all times, Lender may, but is not required to, in Lender's sole discretion, and at my expense, obtain insurance coverage to protect Lender's interest in the Collateral. I understand and agree that:

A. Lender is under no obligation to obtain any particular type or amount of coverage.
B. Lender-obtained insurance may, but need not, protect my interests.
C. Lender-obtained insurance may, but need not, pay any claim I make.
D. the cost of Lender-obtained insurance may be much more than the cost of insurance I could have obtained on my own.
E. any amounts disbursed by Lender under this Section to obtain insurance shall become additional debt of mine under this Agreement, secured by this Agreement or the Security Instrument. This additional debt will bear interest at the Contract Rate from the date of placement and will be payable, with such interest, upon notice from Lender to me requesting payment.
F. I am hereby authorizing Lender to release to, or obtain from, third parties any information necessary to monitor the status of Required Insurance.
G. Lender-obtained insurance may be purchased from an affiliate of Lender.
H. Lender, or its affiliate, may earn a profit by obtaining this insurance, to the extent permitted by applicable law.
I. Lender may, at any time and at its sole option, cancel Lender-obtained insurance.
J. Lender has a security interest in any unearned premiums from such insurance;
   1. I am hereby absolutely assigning to Lender any rights I may have to unearned Lender-obtained insurance premiums; and
   2. I am hereby authorizing and appointing Lender to be my attorney-in-fact for the purpose of cancelling the Lender-obtained insurance and applying the unearned premiums to reduce the account balance upon cancellation of said insurance.

**ASSIGNMENT OF UNEARNED INSURANCE PREMIUMS AND POLICY PROCEEDS.** Where allowed by law, I hereby absolutely assign to Lender my rights to any Required Insurance proceeds, and any unearned Required Insurance or credit insurance premium refunds, and any other rights under policies covering the Collateral up to, but not in excess of the Total Balance due under this Agreement or security instrument. I agree that Lender may use any insurance proceeds, and any unearned Required Insurance or credit insurance premium refunds, to reduce the amounts that I owe under this Agreement or the security instrument, whether or not they are due. I authorize Lender to adjust my losses and sign my name to any check, draft, or other papers necessary to obtain such insurance payments. If insurance proceeds or unearned premium refunds paid to Lender do not satisfy all amounts that I owe Lender under this Agreement or the security instrument, I remain responsible for payment of the balance of any amounts due under this Agreement and the security instrument.

**CORRECTION; RELEASE.** During the term of this Agreement, I agree to cooperate with Lender to: (a) correct any clerical errors that were made in connection with loan documents; (b) obtain the correct amounts due to others; and (c) release, or cause to be released, all liens upon payment in full.

**SEE ADDITIONAL PAGES FOR IMPORTANT INFORMATION**

UXAB51 (01-06-19) C.E. Agreement                Page 2                Initials  H.C.    D.P.

**LOAN AGREEMENT AND DISCLOSURE STATEMENT**  **Ⓞ Springleaf** Financial

| DATE 07/08/16 | ACCOUNT NUMBER 678981 | TYPE OF LOAN (Alpha) E 01 | DATE FINANCE CHARGE BEGINS TO ACCRUE 07/08/16 |

| LENDER/SECURED PARTY NAME AND ADDRESS ("Lender") | BORROWER(S) NAME AND ADDRESS ("I","We") |
|---|---|
| SPRINGLEAF FINANCIAL SERVICES OF ILLINOIS, INC.<br>RISE CENTER II<br>34 CENTRAL PARK DR STE 4       618-624-7015<br>O'FALLON, IL 62269-1784 | HARVEY D CANTRELL<br>DENNIS H PEA SR<br>1331 S CLINT RD<br>CASEYVILLE, IL 62232 |

I have carefully read this entire Loan Agreement And Disclosure Statement and all related documents which include the Insurance Disclosure Summary, Truth In Lending Insurance Disclosures and Personal Property Appraisal Form (provided separately if applicable), all of which collectively constitute the "Agreement." This Loan Agreement and Disclosure Statement is divided into four sections: **A. Truth In Lending Disclosures; B. Loan Terms And Conditions; C. Arbitration Agreement And Waiver Of Jury Trial and D. Entire Agreement/Notices/Signature.** If I had any questions, I asked them before I signed these documents. By signing, I indicate my agreement to the statements, promises, terms, and conditions contained in the Agreement.

### A. TRUTH IN LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of my credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost me. | AMOUNT FINANCED<br>The amount of credit provided to me or on my behalf. | TOTAL OF PAYMENTS<br>The amount I will have paid after I have made all payments as scheduled. |
|---|---|---|---|
| 35.99 % | $ 7603.06 | $ 8254.32 | $ 15857.38 |

My Payment Schedule will be:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 49 | $ 323.62 | monthly beginning 08/08/16 |

**LATE CHARGE:** [X] If any payment is not paid in full within __10__ days after its due date, I will be charged __5.00__ % of the _entire_ amount of the payment, but not more than $N/A or less than $N/A.

[ ] If any payment is not paid in full within ____ days after its due date, I will be charged $____ if the entire scheduled payment exceeds $____ or $____ if the entire scheduled payment is $____ or less.

**PREPAYMENT:** If I pay off early:  [ ] I may  [X] I will not  have to pay a penalty for prepaying all or part of a loan's principal balance.
[ ] I may  [X] I will not  get a refund or credit of part of the finance charge for a prepayment in full. I will not receive a refund or credit for a partial prepayment.

**SECURITY:** I am giving Lender a security interest in:  [ ] Unsecured  [ ] Motor Vehicles

| Year | Make | Model | Vehicle Identification No. |
|---|---|---|---|
|  |  |  |  |

[ ] Other Collateral

[X] Household items described on the Personal Property Appraisal Form, which I have signed and which has been delivered to me with this Agreement. See the remainder of this Agreement for any additional information about nonpayment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties, if any.

### ITEMIZATION OF AMOUNT FINANCED

Amounts paid to others on my behalf
1. $ 304.32    Single Life Premium         Paid To LIFE INSURANCE COMPANY *
2. $NONE                                    Paid To
3. $NONE                                    Paid To
4. $NONE                                    Paid To
5. $NONE                                    Paid To
6. $NONE                                    Paid To
7. $NONE                                    Paid To
8. $NONE                                    Paid To
9. $NONE                                    Paid To
10. $NONE                                   Paid To
11. $          Paid To
12. $          Paid To
13. $          Paid To                      * Lender may retain a
14. $          Paid To                        portion of these
15. $          Paid To                        amounts.
16. $          Paid To
17. $          Paid To
18. $          Paid To
19. $          Paid To
20. $          Paid To
21. $  6175.77    Amount Paid on Prior Account with Lender

Amounts Paid to me
22. $   750.00 **  Paid To ME                                  ** For the purchase of the
23. $  1024.23    Paid To HARVEY D CANTRELL & DENNIS PEA          non-credit insurance(s)
24. $             Paid To                                        or other product(s) I
25. $             Paid To                                        requested, or I may
26. $             Paid To                                        cash the check and
27. $             Paid To                                        keep the funds.
    $  8254.32    Amount Financed (Sum of lines 1 - 27)
    $NONE         Prepaid Finance Charge (itemized below)

*[Stamp: PAID Apr 25 2019 OneMain Financial]*

## B. LOAN TERMS AND CONDITIONS

DATE OF LOAN. 07/08/16 (the date the Finance Charge is scheduled to begin to accrue).

CONTRACT RATE.          35.99% per year, which is the agreed interest rate.

PROMISE TO PAY. For value received, I promise to pay to the order of the Lender all amounts due under this Agreement in accordance with the Payment Schedule set forth in the TRUTH IN LENDING DISCLOSURES, and with all other terms of this Agreement, at Lender address set forth in this Agreement, unless otherwise notified, until paid in full.

SECURITY INTEREST. To secure all amounts due or which become due under this Agreement and my performance of all other terms of this Agreement, I hereby grant Lender a security interest under the Uniform Commercial Code or other applicable law in: (a) the property identified in the "Security" disclosure of the TRUTH IN LENDING DISCLOSURES, including a purchase money security interest if property is being purchased with the proceeds hereof; (b) any substitutions or replacements of that property; and (c) the proceeds and products of that property ((a), (b), and (c) collectively referred to as the "Collateral"). I also hereby grant Lender a security interest in any unearned premiums from any credit insurance I have elected and purchased through Lender in connection with this transaction and any Required Insurance which protects the Collateral. Lender's security interest shall remain in effect, and subject to any modifications, renewals, extensions, and future advances thereof, until I have paid in full all amounts due under this Agreement. Notwithstanding any other provision of this Agreement, Lender is not granted, and will not have, a non-purchase money security interest in household goods, to the extent such a security interest would be prohibited by applicable law. I authorize Lender to sign and file financing statements covering the Collateral without my signature. I authorize Lender to file a copy of this Agreement as a financing statement when appropriate.

JOINT BORROWERS. If more than one Borrower is named above, all Borrowers agree that we are jointly and severally liable and that Lender may enforce this Agreement against all or any of us, but not in a combined amount exceeding the amount due.

CO-MAKERS (also referred to as CO-SIGNER(S)). If I am signing this Agreement as a Co-Maker, I understand that I am equally responsible with the Borrower(s). I agree that Lender may pursue me or any Co-Maker if this Agreement is in default. Unless required by law, Lender will not notify me if: (a) this loan is in default; (b) Lender agrees to accept different payment terms; (c) Lender releases any security interest; or (d) Lender releases any Borrower(s) or Co-Maker(s).

CREDIT INFORMATION. I authorize Lender to investigate my creditworthiness, and to obtain my credit report at any time, as permitted by law.

VOLUNTARY CREDIT INSURANCE/GROUP DEBTOR INSURANCE. As used in this Agreement, the term "credit insurance" includes credit life insurance, credit disability insurance, credit involuntary unemployment insurance, and the term "credit life insurance" includes group debtor life insurance, where offered. Lender's affiliate may provide the credit insurance that I voluntarily select. Lender and/or its affiliates expect to profit from my purchase of voluntary credit insurance and I consent to this.

REQUIRED INSURANCE. I am required to maintain insurance in types, amounts, terms and deductible levels acceptable to Lender ("Required Insurance"). The Required Insurance must keep the Collateral insured against hazards for which Lender requires insurance. Such coverage includes, but is not limited to, loss by theft, vandalism, collision, fire, and any other risks of loss that would either impair Lender's interest in the Collateral or adversely affect the value of the Collateral. I have the option of providing the Required Insurance through an existing policy of insurance owned or controlled by me, or through a policy obtained and paid for by me. I may purchase this Required Insurance through any insurer, insurance agent, or broker of my choice that is acceptable to Lender. Lender may not decline to accept any insurance provided by me unless it is for reasonable cause. Examples of reasonable cause include, but are not limited to, the financial condition of the insurer and the amount or type of coverage chosen. My choice of insurer will not otherwise affect Lender's credit decision or my credit terms. The types, amounts, and deductible levels that Lender requires under this Agreement may change during the term of the Agreement. Required Insurance must: (a) include a lender's loss payable provision; (b) name Lender, its successors and/or assigns, as loss payee; (c) provide that such insurance will not be canceled or modified without at least fifteen (15) days prior written notice to the loss payee; and (d) not include any disclaimer of the insurer's liability for failure to give such notice. I shall promptly give to Lender satisfactory proof (in Lender's reasonable estimation) of all Required Insurance and all receipts of paid premiums and renewal notices. I agree to keep my Required Insurance in force until all amounts that I owe Lender under this Agreement or the security instrument are paid in full, my account is terminated, and Lender releases or discharges its security interest. In case of damage to or loss of the Collateral, I agree to give prompt notice to Lender and the insurance carrier. If I fail to promptly notify or make proof of loss to the insurance carrier, Lender may (but is not required to) do so on my behalf.

If I do not keep Required Insurance under this Agreement in force at all times Lender may, but is not required to, in Lender's sole discretion, and at my expense, obtain insurance coverage to protect Lender's interest in the Collateral. I understand and agree that:

A. Lender is under no obligation to obtain any particular type or amount of coverage.
B. Lender-obtained insurance may, but need not, protect my interests.
C. Lender-obtained insurance may, but need not, pay any claim I make.
D. the cost of Lender-obtained insurance may be much more than the cost of insurance I could have obtained on my own.
E. any amounts disbursed by Lender under this Section to obtain insurance shall become additional debt of mine under this Agreement, secured by this Agreement or the Security Instrument. This additional debt will bear interest at the Contract Rate from the date of placement and will be payable, with such interest, upon notice from Lender to me requesting payment.
F. I am hereby authorizing Lender to release to, or obtain from, third parties any information necessary to monitor the status of Required Insurance.
G. Lender-obtained insurance may be purchased from an affiliate of Lender.
H. Lender, or its affiliate, may earn a profit by obtaining this insurance to the extent permitted by applicable law.
I. Lender may, at any time and at its sole option, cancel Lender-obtained insurance.
J. Lender has a security interest in any unearned premiums from such insurance;

*[PAID Apr 25 2019 OneMain Financial stamp]*

**OneMain Financial.**

ONEMAIN
SUNRISE CENTER II
1334 CENTRAL PARK DR STE 4
O'FALLON, IL 62269-1784

Account Number: 00678981
Statement Date: Dec 19, 2021
Contractual Monthly Payment: $434.40
**Payment must be received on or before:** **Jan 03, 2022**

| Explanation of Amount Due | |
|---|---|
| Current Amount Due | $434.40 |
| Total Fees Charged | $0.00 |
| Past Due Amount | $0.00 |
| **Total Amount Due** | **$434.40** |

If you cannot make your payment on or before the due date please contact the branch listed on your statement.

3-761-53032-0000098-001-1-000-010-000-000

HARVEY D CANTRELL
DENNIS H PEA
457 E BELLEVILLE ST
NASHVILLE IL 62263-1881

Please refer questions or requests for money by calling (618) 624-7015. You may also contact us at www.onemainfinancial.com or the address above. Please include your name and account number on any correspondence.

### Activity Since Last Statement

| Account Summary | Date | Amount | Principal | Interest | Late Fees | Other Fees | Balance (Balance is not payoff amount, call us for payoff amount.) |
|---|---|---|---|---|---|---|---|
| Previous Balance ....... | | | | | | | $8,614.98 |
| Payment - Thank You | Dec 03, 2021 | $434.40 | $180.41 | $253.99 | | | $8,434.57 |

YOUR ACCOUNT IS A MONTHLY DIRECT PAY PLAN. YOUR NEXT MONTHLY PAYMENT OF $434.40 WILL BE DEBITED FROM YOUR BANK ACCOUNT ON 01/03/2022.

IF YOU HAVE AUTHORIZED DIRECT PAY OR OTHER ELECTRONIC PAYMENTS, THE AMOUNT WE ACTUALLY DEBIT OR CHARGE MAY BE LOWER IF THE SCHEDULED PAYMENT IS MORE THAN YOUR PAYOFF AMOUNT ON THE PAYMENT DATE.

FOR QUESTIONS ABOUT YOUR PURCHASED OPTIONAL INSURANCE OR OTHER PRODUCTS, PLEASE CALL 1-800-307-0048. IF YOU WOULD LIKE TO CANCEL YOUR PRODUCTS, CALL 1-888-625-7544.



NEED ADDITIONAL CASH? JUST CHECK THE BOX ON THE PORTION BELOW AND RETURN WITH YOUR PAYMENT. WE'LL CALL AS SOON AS WE RECEIVE YOUR REQUEST. OR CALL OUR OFFICE TODAY AT (618) 624-7015 TO APPLY.

Page 1 of 2

All loans are subject to normal credit policy.

Retain this portion for your records

DPAY21

---

☐ CHECK HERE FOR SPECIAL PAYMENT APPLICATION AND/OR ADDRESS CORRECTION ON BACK.

ONEMAIN
SUNRISE CENTER II
1334 CENTRAL PARK DR STE 4
O'FALLON, IL 62269-1784

**OneMain Financial.**

| Account Number: | 292500678981 | |
|---|---|---|
| On Time Payment: | $434.40 | Due on or before Jan 03, 2022 |
| Late Payment: | $456.12 | Pay after Jan 13, 2022 |
| Enclosed is my additional payment for | $ | |
| ☐ Your account is enrolled in DirectPay. | | |

HARVEY D CANTRELL
DENNIS H PEA
457 E BELLEVILLE ST
NASHVILLE IL 62263-1881

ONEMAIN
P.O. BOX 740594
CINCINNATI OH 45274-0594

292500678981000043440000043440000045612000843457000043403042520190067898125316

**Credit Bureau Disputes** - To directly dispute any information reported by OneMain on your credit bureau report, you may dispute directly through the applicable credit reporting agency or send in writing to OneMain, P.O. Box 3327, Evansville, IN 47732-3327, Fax: (800) 617-9932. Additional information can be found at www.omf.com.
**Negative Information Notice** - We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

## PAYMENT OPTIONS

- Send check or money order via U.S. Mail or Overnight Mail to the payment address on the front of the billing coupon. **Checks received after 5:00 p.m. local time at the payment address on the front of the billing coupon will be credited as of the next business day.**
- If you have authorized Direct Pay or other electronic payments, the amount we actually debit or charge may be *lower if the scheduled payment is more than your payoff amount on the payment date*

**CHECKS MAY BE PROCESSED AS ACH PAYMENTS:** When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

- *Principal Only and Special Handling Payments*
  If you have a special payment, please send or bring your payment to the branch address listed at the top of the prior page of this statement. Special payments include payoff, deferments, post-dated checks, judgments, bankruptcy and principal-only payments. Principal-only payments are only available for interest-bearing accounts.
- **On-line Payments**
  With on-line bill pay service, you can make a monthly payment through our secure on-line payment process, available 24 hours a day and seven days a week. You will no longer have to write and mail a check to OneMain each month when using our on-line bill pay service. Simply go to our website at www.omf.com and click on "Make a Loan Payment" to begin the process.
- **DirectPay (If Available)**
  With DirectPay, our convenient payment service, you'll no longer have to write and mail a check to OneMain each month. The exact amount of your minimum monthly payment will be automatically transferred from your checking account to OneMain. Along with the postage you save, you'll have a greater peace of mind. Because, no matter where you are or what you're doing, you can be certain your payment will be on time, every time. Please contact your branch, listed on the prior page of this statement, to obtain an authorization form for this service.
- **Pay by Interactive Phone Service Terms** - Call us at 800-290-7002 to pay by interactive phone service. *By using the interactive phone service and providing the last 4 digits of your social security number, you authorize OneMain to electronically debit your bank account and, if necessary, electronically credit your bank account to correct erroneous debits. OneMain reserves the right to terminate or change the terms of the interactive phone service at any time.*

## FOR CONSUMER FINANCE LOANS

AZ: Loans made by OneMain Financial Group, LLC 100 International Dr., 16th Floor, Baltimore, MD 21202. Loans also serviced by OneMain Consumer Loan, Inc., 600 NW 2nd Street, Evansville, IN 47708 **CA:** Loans made and/or serviced pursuant to a California Department of Financial Protection and Innovation Finance Lenders License. **MT:** Loans made and/or serviced by OneMain Consumer Loan, Inc., 600 NW 2nd Street, Evansville, IN 47708 or OneMain Mortgage Services, Inc., 601 NW 2nd Street, Evansville, IN 47708 or OneMain Financial Group, LLC 100 International Dr., 16th Floor, Baltimore, MD 21202. **NJ:** Loans made and/or serviced by OneMain Consumer Loan, Inc., principal office: 600 NW 2nd Street, Evansville, IN 47708 or OneMain Mortgage Services, Inc., 601 NW 2nd Street, Evansville, IN 47708 or OneMain Financial Group, LLC 100 International Dr.,16th Floor, Baltimore, MD 21202, licensed by the NJ Department of Banking and Insurance. **NY:** Loans made by OneMain Financial Group, LLC Licensed Lender – NY State Department of Financial Services. **You may file complaints about OneMain Mortgage Services, Inc. with the NY State Department of Financial Services. You may obtain further information from the New York State Department of Financial Services by calling the Department's Consumer Assistance Unit at 1(800) 342-3736 or by visiting the Department's website at www.dfs.ny.gov. OR:** Loans made/ and or serviced by OneMain Consumer Loan, Inc., OneMain Financial Group, LLC or OneMain Mortgage Services, Inc. **PA:** Loans made and/or serviced by OneMain Consumer Loan, Inc. or OneMain Financial Group, LLC, all licensed by the Pennsylvania Department of Banking and Securities. **RI:** Loans made and/or serviced by OneMain Consumer Loan, Inc. or OneMain Financial Group, LLC, Rhode Island Licensed Lender and Licensed Small Loan Lender and OneMain Mortgage Services, Inc., Rhode Island Licensed Lender. **TX:** Loans made by OneMain Financial Group, LLC, 100 International Dr., 16 th Floor, Baltimore, MD 21202. **WA:** Loans made and/or serviced by OneMain Consumer Loan, Inc. (CL-937358); OneMain Financial Group, LLC (CL-1339418); or OneMain Mortgage Services, Inc. (CL-931153). **WV:** Loans in West Virginia are originated and/or serviced by OneMain Financial, Inc.

If you are not currently entitled to the protections of the United States Bankruptcy Code, then this communication is an attempt to collect a debt by a debt collector, and any information obtained will be used for that purpose.
NOTICE: If you are currently entitled to the protections of the United States Bankruptcy Code (11 U.S.C. §§ 362; 524) regarding the loan account which is the subject matter of this letter, the following applies to you: THIS COMMUNICATION IS NOT AN ATTEMPT TO COLLECT OR RECOVER ANY AMOUNTS OWED IN VIOLATION OF THE BANKRUPTCY CODE AND IS FOR INFORMATIONAL PURPOSES ONLY. Any payments made on a loan which has been discharged in bankruptcy are voluntary.

### SPECIAL PAYMENT APPLICATION

IF YOU HAVE MULTIPLE ACCOUNTS and wish to apply your payment to more than one account, please complete the following.

Please apply:

$ _____ to _____
Account Number

$ _____ to _____
Account Number

### ADDRESS CORRECTIONS

Street Address

City, State                                    Zip Code

Home Phone                         Business Phone

We appreciate your patronage and continually strive to provide quality service to our customers. We welcome the opportunity to be of service and encourage you to contact us if you have any questions concerning your account. To ensure the proper handling of your inquiry, please do not write on this coupon. Send your inquiry directly to the branch address listed at top of prior page of statement.

# OneMain Financial.

ONEMAIN
SUNRISE CENTER II
1334 CENTRAL PARK DR STE 4
O'FALLON, IL 62269-1784

| | |
|---|---|
| Account Number: | 00678981 |
| Statement Date: | Nov 18, 2021 |
| Contractual Monthly Payment: | $434.40 |
| Payment must be received on or before: | Dec 03, 2021 |

| Explanation of Amount Due | |
|---|---:|
| Current Amount Due | $434.40 |
| Total Fees Charged | $0.00 |
| Past Due Amount | $0.00 |
| **Total Amount Due** | **$434.40** |

0-761-51567-0000119-001-1-000-010-000-000

HARVEY D CANTRELL
DENNIS H PEA
457 E BELLEVILLE ST
NASHVILLE IL 62263-1881

If you cannot make your payment on or before the due date please contact the branch listed on your statement.

Please refer questions or requests for money by calling (618) 624-7015. You may also contact us at www.onemainfinancial.com or the address above. Please include your name and account number on any correspondence.

## Activity Since Last Statement

| Account Summary | Date | Amount | Principal | Interest | Late Fees | Other Fees | Balance is not payoff amount, call us for payoff amount. Balance |
|---|---|---|---|---|---|---|---|
| Previous Balance ....... | | | | | | | $8,781.84 |
| Payment - Thank You | Nov 03, 2021 | $434.40 | $166.86 | $267.54 | | | $8,614.98 |

YOUR ACCOUNT IS A MONTHLY DIRECT PAY PLAN. YOUR NEXT MONTHLY PAYMENT OF $434.40 WILL BE DEBITED FROM YOUR BANK ACCOUNT ON 12/03/2021.

IF YOU HAVE AUTHORIZED DIRECT PAY OR OTHER ELECTRONIC PAYMENTS, THE AMOUNT WE ACTUALLY DEBIT OR CHARGE MAY BE LOWER IF THE SCHEDULED PAYMENT IS MORE THAN YOUR PAYOFF AMOUNT ON THE PAYMENT DATE.

OUR PRIVACY NOTICE FOR YOUR LOAN ACCOUNT IS ENCLOSED. TO LIMIT OUR SHARING OF YOUR INFORMATION AS DESCRIBED IN THE NOTICE, CALL US AT (888) 453-5230.



GO PAYMENT FREE UNTIL JAN 2022 WHEN YOU RENEW YOUR LOAN NOV 17 TO 30. WRAP UP THE YEAR WITH EXTRA MONEY FOR FAMILY GATHERINGS OR OTHER EXPENSES. IF YOU CHOOSE TO DELAY YOUR FIRST LOAN PAYMENT, YOU WILL OWE ADDITIONAL INTEREST UNDER YOUR NEW LOAN.

Page 1 of 3                                         All loans are subject to normal credit policy.

---

Retain this portion for your records                                   ALPN21  CSHBK21  FCAD21

CHECK HERE FOR SPECIAL PAYMENT APPLICATION AND/OR ADDRESS CORRECTION ON BACK.

ONEMAIN
SUNRISE CENTER II
1334 CENTRAL PARK DR STE 4
O'FALLON, IL 62269-1784

## OneMain Financial.

| Account Number: | 292500678981 | |
|---|---|---|
| On Time Payment: | $434.40 | Due on or before Dec 03, 2021 |
| Late Payment: | $456.12 | Pay after Dec 13, 2021 |

Enclosed is my additional payment for   $ _____

☐ Your account is enrolled in DirectPay.

HARVEY D CANTRELL
DENNIS H PEA
457 E BELLEVILLE ST
NASHVILLE IL 62263-1881

ONEMAIN
P.O. BOX 740594
CINCINNATI OH 45274-0594

292500678981000043440000043440000045612000861498000043403042520190067898125316

**Credit Bureau Disputes** - To directly dispute any information reported by OneMain on your credit bureau report, you may dispute directly through the applicable credit reporting agency or send in writing to OneMain, P.O. Box 3327, Evansville, IN 47732-3327, Fax: (800) 617-9932. Additional information can be found at www.omf.com.

**Negative Information Notice** - We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

## PAYMENT OPTIONS

- Send check or money order via U.S. Mail or Overnight Mail to the payment address on the front of the billing coupon. **Checks received after 5:00 p.m. local time at the payment address on the front of the billing coupon will be credited as of the next business day.**
- If you have authorized Direct Pay or other electronic payments, the amount we actually debit or charge may be lower if the scheduled payment is more than your payoff amount on the payment date

<u>**CHECKS MAY BE PROCESSED AS ACH PAYMENTS**</u>: **When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.**

- **Principal Only and Special Handling Payments**
  If you have a special payment, please send or bring your payment to the branch address listed at the top of the prior page of this statement. Special payments include payoff, deferments, post-dated checks, judgments, bankruptcy and principal-only payments. Principal-only payments are only available for interest-bearing accounts.
- **On-line Payments**
  With on-line bill pay service, you can make a monthly payment through our secure on-line payment process, available 24 hours a day and seven days a week. You will no longer have to write and mail a check to OneMain each month when using our on-line bill pay service. Simply go to our website at www.omf.com and click on "Make a Loan Payment" to begin the process.
- **DirectPay (If Available)**
  With DirectPay, our convenient payment service, you'll no longer have to write and mail a check to OneMain each month. The exact amount of your minimum monthly payment will be automatically transferred from your checking account to OneMain. Along with the postage you save, you'll have a greater peace of mind. Because, no matter where you are or what you're doing, you can be certain your payment will be on time, every time. Please contact your branch, listed on the prior page of this statement, to obtain an authorization form for this service.
- **Pay by Interactive Phone Service Terms** - Call us at 800-290-7002 to pay by interactive phone service. By using the interactive phone service and providing the last 4 digits of your social security number, you authorize OneMain to electronically debit your bank account and, if necessary, electronically credit your bank account to correct erroneous debits. OneMain reserves the right to terminate or change the terms of the interactive phone service at any time.

## FOR CONSUMER FINANCE LOANS

**AZ:** Loans made by OneMain Financial Group, LLC 100 International Dr., 16th Floor, Baltimore, MD 21202. Loans also serviced by OneMain Consumer Loan, Inc., 600 NW 2nd Street, Evansville, IN 47708 **CA:** Loans made and/or serviced pursuant to a California Department of Financial Protection and Innovation Finance Lenders License. **MT:** Loans made and/or serviced by OneMain Consumer Loan, Inc., 600 NW 2nd Street, Evansville, IN 47708 or OneMain Mortgage Services, Inc., 601 NW 2nd Street, Evansville, IN 47708 or OneMain Financial Group, LLC 100 International Dr., 16th Floor, Baltimore, MD 21202. **NJ:** Loans made and/or serviced by OneMain Consumer Loan, Inc., principal office: 600 NW 2nd Street, Evansville, IN 47708 or OneMain Mortgage Services, Inc., 601 NW 2nd Street, Evansville, IN 47708 or OneMain Financial Group, LLC 100 International Dr., 16th Floor, Baltimore, MD 21202, licensed by the NJ Department of Banking and Insurance. **NY:** Loans made by OneMain Financial Group, LLC Licensed Lender – NY State Department of Financial Services. **You may file complaints about OneMain Mortgage Services, Inc. with the NY State Department of Financial Services. You may obtain further information from the New York State Department of Financial Services by calling the Department's Consumer Assistance Unit at 1(800) 342-3736 or by visiting the Department's website at www.dfs.ny.gov. OR:** Loans made/ and or serviced by OneMain Consumer Loan, Inc., OneMain Financial Group, LLC or OneMain Mortgage Services, Inc. **PA:** Loans made and/or serviced by OneMain Consumer Loan, Inc. or OneMain Financial Group, LLC, all licensed by the Pennsylvania Department of Banking and Securities. **RI:** Loans made and/or serviced by OneMain Consumer Loan, Inc. or OneMain Financial Group, LLC, Rhode Island Licensed Lender and Licensed Small Loan Lender and OneMain Mortgage Services, Inc., Rhode Island Licensed Lender. **TX:** Loans made by OneMain Financial Group, LLC, 100 International Dr., 16 th Floor, Baltimore, MD 21202. **WA:** Loans made and/or serviced by OneMain Consumer Loan, Inc. (CL-937358); OneMain Financial Group, LLC (CL-1339418); or OneMain Mortgage Services, Inc. (CL-931153). **WV:** Loans in West Virginia are originated and/or serviced by OneMain Financial, Inc.

If you are not currently entitled to the protections of the United States Bankruptcy Code, then this communication is an attempt to collect a debt by a debt collector, and any information obtained will be used for that purpose.

NOTICE: If you are currently entitled to the protections of the United States Bankruptcy Code (11 U.S.C. §§ 362; 524) regarding the loan account which is the subject matter of this letter, the following applies to you: THIS COMMUNICATION IS NOT AN ATTEMPT TO COLLECT OR RECOVER ANY AMOUNTS OWED IN VIOLATION OF THE BANKRUPTCY CODE AND IS FOR INFORMATIONAL PURPOSES ONLY. Any payments made on a loan which has been discharged in bankruptcy are voluntary.

### SPECIAL PAYMENT APPLICATION

IF YOU HAVE MULTIPLE ACCOUNTS and wish to apply your payment to more than one account, please complete the following.

Please apply:

$ _____ to _____
              Account Number

$ _____ to _____
              Account Number

### ADDRESS CORRECTIONS

Street Address

City, State                                Zip Code

Home Phone                    Business Phone

We appreciate your patronage and continually strive to provide quality service to our customers. We welcome the opportunity to be of service and encourage you to contact us if you have any questions concerning your account. To ensure the proper handling of your inquiry, please do not write on this coupon. Send your inquiry directly to the branch address listed at top of prior page of statement.